

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

DEC 2 8 2006

_____, CLERK
                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES PITTMAN                                                            Plaintiff

VS.                                               CIVIL ACTION NO. 4:06CV2-TSL-JCS

JO ANNE B. BARNHART,
Commissioner of Social Security                                          Defendant

## AGREED ORDER

Having received the motion and settlement agreement of the parties in the matter now pending before this Court, and upon review of the record,

THIS COURT HEREBY ORDERS that attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for court-related services in the amount of three-thousand, two-hundred, ninety-three dollars and sixty-eight cents ($3293.68) be paid to plaintiff's attorney in accordance with the parties agreement and joint stipulation, which is incorporated herein by reference. The Court further orders that plaintiff's attorney be awarded $250 in costs.

SO ORDERED this 28th day of December, 2006.

_____
UNITED STATES DISTRICT JDUGE

APPROVED:

_____
THOMAS L. TULLOS
Attorney for Plaintiff

_____
PSHON BARRETT
Attorney for Defendant